COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-05-324-CV

 

JAMES
M. HANNERS                                                           APPELLANT

 

                                                   V.

 

PAUL
JEFFREY BROWN                                                           APPELLEE

 

                                               ----------

            FROM
THE 231ST DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
For Voluntary Dismissal Of Appeal.@  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant,
for which let execution issue.

PER CURIAM

PANEL D: DAUPHINOT,
HOLMAN, and GARDNER, JJ.

 

DELIVERED: March 2, 2006











[1]See Tex. R. App. P. 47.4.